November 04, 2025

TO: CHRISTOPER A. PRINE
CLERK OF COURT
FIFTEENTH COURT OF APPEALS
P.O. Box 12852
Austin, Texas 78711

RE: Brickley v. Walton, No.15-25-00118-CV; Trial Counsel
Case Number DC-24-55842

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
DEC 01 2025
CHRISTOPHER A. PRINE
CLERK

Dear Sir or Madaam,

Good morning. I am writing this letter to inform your office that I have not recieved the stamp filed copy of the Appellant's Brief. I have made a subsequent request for the document through a family member on November 3rd, 2025 via phone call. She has informed me that the previous stamp filed copy was sent out on the date stamped, however, I am sorry to inform you that, I have still not recieved it. She also informed me that your office will re-send the document. Thank you very much.

This is an ongoing issue, where my legal mail is always either extremly late - sometimes recieved after the deadline for me to respond- or never delivered to me at all. I have made complaints to the lower court several times and even requested counsel for the soul purpose of ensuring my legal correspondences were unmole-sted. The tampering with my legal mail has caused me to lose other civil actions, to include cases unrelated to TDCJ officials, which forms the foundation for Brickley v. Mitchell, No.15-25-000 63-CV; Trial Court Case Number DC-24-55952, currently under appel-late review in this Court, for withholding legal correspondences causing me to fail to meet certain requirments to prosecute a suit against TDCJ officials for assault and retaliation.

1

For these issues I have began using an agent to forward all my legal correspondences in addition to me sending them myself. Now that the issue has become apparent with this Court, I ask that your Office forward this complaint to the Court and inform the Court of my request for an intervention. Thank you very much.


Sincerly,

JAMES BRICKLEY    4/Nov/2025
3201 FM 929
Gatesville, Texas 76597

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was sent to the opposing party by and through my agent with explicit instructions to forward the same via certified mail return reciept requested through the United States Postal Service.

Executed on this _11th_ day of _November_, 2025.

_[signature]_

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TX 76597

Abigail K. Carter
Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711

ENC: letter To Clerk : Christopher A Prine

Jessica Brickley
335 Jim Bell Road
Campti, LA 71411

CERTIFIED MAIL

7021 0950 0000 2078 9365

Abigail K. Carter
Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Abigail K. Carter
Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711

9590 9402 8954 4064 6206 68

2. Article Number (Transfer from service label)

7021 0950 0000 2078 9365

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ all Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

7022 0410 0000 1444 9974

Christopher A. Prine
Clerk of Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Jessica Brickley
335 Jim Bell Rd
Campti, LA 71411

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher A. Prine
Clerk of Court
15th COA
P.O Box 12852
Austin, Texas 78711

9590 9402 8954 4064 6206 75

2. Article Number
7022 0410 0000 1444 9974

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ ___ Delivery
☐ ___ Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

To: CHRISTOPHER A. PRINE
    CLERK OF THE
    15TH COURT OF APPEALS
    P. O. BOX 12852
    Austin, TEXAS 78711

November 21, 2025

RE: BRICKLEY v. WALTON: Court of Appeals NO: 15-25-00118-CV; Trial Court Case NO: DC-24-55842,
"HAVE NOT RECEIVED THE STAMPED FILE COPY OF APPELLANT'S BRIEF AND ONGOING ISSUES WITH LEAGAL MAIL"

I am sending an extra copy of the following documents "HAVE NOT RECEIVED THE STAMPED FILE COPY OF APPELLANT'S BRIEF AND ONGOING ISSUES WITH LEAGAL MAIL" listed above signed November 04, 2025, to be filed stamped and returned in the postage paid and addressed envelope to the address listed below.

Respectfully,
James Brickley
#2289486
3201 FM 929
Gatesville, Texas 76597

CERTIFIED MAIL

Jessic~ ~~~~
335 ~~~~
Campti, LA 71411

7022 0410 0000 1444 9974

Retail


UNITED STATES
POSTAL SERVICE

RDC 99

U.S. POSTAGE PAID
FCM LETTER
CAMPTI, LA 71411
NOV 21, 2025

78711

$11.35

S2324P500108-12

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

DEC 0 1 2025

CHRISTOPHER A. PRINE
CLERK

Christopher A. Prine
Clerk of Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711